JUSTIN PENN (SBN 302350)
jpenn@hinshawlaw.com
SARA E. FRANKS (SBN 345940)
sfranks@hinshawlaw.com
350 South Grand Ave., Suite 3600
Los Angeles, CA  90071-3476
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
Sutherland Global Services, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA J. KEANEY,<br><br>              Plaintiff,<br><br>     vs.<br><br>SUTHERLAND GLOBAL<br>SERVICES, INC.,<br><br>              Defendant. | Case No. 2:26-cv-00533-WBS-AC<br><br>(Hon. William B. Shubb)<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT AND SET RESPONSIVE PLEADING DEADLINE; ORDER**<br><br><br>Complaint filed: February 23, 2026 |

STIPULATION TO SET ASIDE DEFAULT AND SET RESPONSIVE PLEADING DEADLINE
Case No. 2:26-cv-00533-WBS-AC

## **JOINT STIPULATION**

Plaintiff Krista J. Keaney ("Plaintiff") and Defendant Sutherland Global Services, Inc. ("Defendant") (Plaintiff and Defendant collectively the "Parties") hereby stipulate as follows:

**WHEREAS**, Plaintiff filed his Complaint in the United States District Court, Eastern District of California on February 23, 2026;

**WHEREAS**, Defendant was served on February 26, 2026;

**WHEREAS**, Plaintiff filed a Request for Entry of Default of Defendant on March 26, 2026;

**WHEREAS**, the Court, pursuant to Plaintiff's request, entered default of Defendant on or about April 22, 2026;

**WHEREAS**, on May 6, 2026, Plaintiff filed a Motion for Default Judgment and set the motion for hearing on June 17, 2026;

**WHEREAS**, Defendant recently retained counsel, Hinshaw & Culbertson LLP, to represent it in this matter;

**WHEREAS**, Defendant's counsel discovered that default had been entered against Defendant and contacted Plaintiff's counsel to request that the default against Defendant be set aside and set a responsive pleading deadline;

**WHEREAS**, the Parties agree to set aside the default entered against Defendant;

**HINSHAW & CULBERTSON** LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

STIPULATION TO SET ASIDE DEFAULT AND SET RESPONSIVE PLEADING DEADLINE
Case No. 2:26-cv-00533-WBS-AC

**WHEREAS**, pursuant to this agreement, Plaintiff has agreed to withdraw its Motion to Set Aside Default;

**WHEREAS**, the Parties agree that Defendant will file an Answer and Affirmative Defenses to Plaintiff's Complaint on or before June 1, 2026;

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that the default entered against Defendant on April 22, 2026 be set aside and that Defendant shall file an Answer and Affirmative Defenses to Plaintiff's Complaint on or before June 1, 2026.

**IT IS SO STIPULATED.**

DATED:  June 1, 2026                    Hinshaw & Culbertson LLP

                                        By: */s/ Justin Penn*
                                        JUSTIN PENN
                                        SARA E. FRANKS
                                        Attorneys for Defendant
                                        Sutherland Global Services, Inc.

DATED:  June 1, 2026                    Sulaiman Law Group, Ltd.

                                        By:  */s/ Alexander J. Taylor*
                                        ALEXANDER J. TAYLOR
                                        Attorneys for Plaintiff
                                        Krista J. Keaney

    Pursuant to Local Rule 131, the undersigned attests that the concurrence in the filing of this document was obtained from the other signatories on June 1, 2026.

DATE: June 1, 2026              */s/ Justin Penn*

                               Justin Penn

3

**HINSHAW & CULBERTSON** LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

## ORDER

**PURSUANT TO THE PARTIES' JOINT STIPULATION, AND FOR GOOD CAUSE BEING SHOWN, IT IS ORDERED THAT:**

(1) the default entered against Defendant on April 22, 2026 be set aside; and

(2) that Defendant shall file an Answer and Affirmative Defenses to Plaintiff's Complaint on or before June 1, 2026.

**IT IS SO ORDERED.**

Dated:  June 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**HINSHAW & CULBERTSON** LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

4